ECF CASE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STUART KINGOFF,

                Plaintiff,

-against-

NCO FINANCIAL SYSTEMS, INC.,

                Defendant.

---

NCO FINANCIAL SYSTEMS, INC.,

                Counter-Plaintiff,

-against-

STUART KINGOFF,

                Counter-Defendant.

Index No. 12-cv-2966 (CS)

**STIPULATION OF DISCONTINUANCE**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/30/13

      **IT IS HEREBY STIPULATED AND AGREED** by and between the undersigned, the attorneys of record for all the parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that the above entitled action be, and the same hereby is discontinued with prejudice.

Dated: April 26, 2013
    New York, New York

| FREDRICK SCHULMAN & ASSOCIATES | SESSIONS, FISHMAN, NATHAN, et al., |
|---|---|
| BY: _____ | BY: _____ |
| KARIN ARROSPIDE, ESQ. (KA 9319) | AARON R. EASELY, ESQ. (AE9922) |
| 30 East 29th Street | 200 Route 31, Ste. 203 |
| New York, New York 10016 | Flemington, NJ 08822-5736 |
| Attorneys for Plaintiff | Attorneys for Defendant |
| (212) 796-6053 | (908) 751-5941 |
| Karin@fschulmanlaw.com | aeasley@sessions-law.biz |
| Attorneys for Plaintiff and Counter-Defendant | Attorneys for Defendants and Counter-Plaintiff |

SO-ORDERED:

_____
Hon. Cathy Seibel

Dated: April 29, 2013
    White Plains, N.Y.

The Clerk shall close the case.